## Grace Weatherhead, Appellee, v. William Bertha, Appellant.

### Gen. No. 44,149.

opinion filed June 20, 1949; released for publication July 18, 1949. Maurice Alschuler, for appellant; Walter F. Boye, for appellee. Opinion by JUSTICE NIEMEYER. *Not to be published in full.*

## Lemoine R. Watson, Appellee, v. Marie Kenores, Appellant.

### Gen. No. 44,495.

opinion filed June 20, 1949; rehearing denied July 1, 1949; released for publication July 18, 1949. James H. Burr, for appellant; Richard K. Cooper and Raymond Watkins, for appellee. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**